ROBERT J. DE GROOT, ESQ. 9835
56 Park Place
Newark, New Jersey 07102
(973) 643-1930
Attorney for Defendant Abid Mirza

IN THE UNITED STATES OF DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim No. 12-316 (JLL) |
| VS. | : | ORDER DISCHARGING BAIL |
| ABID MIRZA | : | |

THIS MATTER being opened to the court by Robert J. De Groot, Esq., attorney for the Defendant, and it appearing that the Defendant's wife, Danielle Mirza has posted the sum of $5,000.00 cash to the Clerk of the Court as part of a bail package; and it further appearing that the Defendant has been sentenced and has appeared at all times as required;

IT IS ON THIS  18  day of October, 2012,

ORDERED THAT bail as posted is hereby exonerated and discharged and the Clerk of the Court is hereby directed to return the $5,000.00 posted by the Defendant's wife to her; and it is further

ORDERED THAT Pretrial Services is hereby directed to forthwith return the Defendant's Passport to him.

_____
JOSE L. LINARES
U.S. DISTRICT COURT JUDGE